Case: 3:15-cv-00439-WHR-SLO Doc #: 11 Filed: 07/28/16 Page: 1 of 2  PAGEID #: 1255

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| CYNTHIA A. NEWLEN, | : | |
| Plaintiff, | : | |
| vs. | : | Case No. 3:15cv00439 |
| CAROLYN W. COLVIN, | : | District Judge Walter H. Rice<br>Chief Magistrate Judge Sharon L. Ovington |
| Commissioner of the Social<br>Security Administration, | : | |
| Defendant. | : | |

# DECISION AND ENTRY

This Social Security case is presently before the Court upon the parties' Joint Motion To Remand To The Commissioner. (Doc. #10). The parties agree that this matter should be remanded to the Commissioner pursuant to Sentence Four of 42 U.S.C. § 405(g) for further administrative proceedings. Upon remand, the Appeals Council will vacate all findings in the Administrative Law Judge's Decision, and the Commissioner will conduct further proceedings and develop the administrative record as necessary to determine whether Plaintiff is under a disability as defined by the Social Security Act.

**IT IS THEREFORE ORDERED THAT:**

1. The parties' Joint Motion To Remand To The Commissioner (Doc. #10) is GRANTED;

2. The Clerk of Court is directed to enter Judgment in favor of Plaintiff

    Cynthia A. Newlen pursuant to Fed. R. Civ. P. 58;

3. This matter is REMANDED to the Social Security Administration pursuant to Sentence Four of 42 U.S.C. § 405(g) for further consideration consistent with this Decision and Entry and the parties' stipulation; and

4. The case is terminated on the docket of this Court.

                   /s/ Walter H. Rice
                   Walter H. Rice
                   United States District Judge